In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00437-CV**
_____

**ALEXANDRIA MONIC GREEN, Appellant**

**V.**

**CHANNING THOMAS GREEN AND OFFICE OF THE TEXAS
ATTORNEY GENERAL, Appellees**

_____

**On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-238,683**

_____

**MEMORANDUM OPINION**

On December 29, 2022, Alexandria Monic Green, Appellant, appealed from

a final decree of divorce in Trial Cause Number C-238,683. After perfecting her

appeal, however, Appellant failed to file a brief.

On May 23, 2023, we notified the parties that Appellant had not filed a brief

and that her appeal would be submitted without briefs unless, by June 2, 2023, we

received a brief in her appeal together with a motion to extend the time to file her

1

brief. We also warned Appellant that her appeal could be dismissed for want of prosecution if the appeal was submitted without briefs. On June 15, 2023, we notified the parties that the appeal would be submitted on July 6, 2023, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for our review, we dismiss the appeal for want of prosecution. *See id.* 38.8(a)(1); *id.* 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 6, 2023
Opinion Delivered July 20, 2023

Before Golemon, C.J., Johnson and Wright, JJ.